UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LARRY McGUIRE and ] | |
| MARTINEZ CARTER ] | |
|     Plaintiffs, ] | |
| ] | |
| v. ] | No. 1:12-0122 |
| ] | JUDGE HAYNES |
| JERALE FAHY, et al. ] | |
|     Defendants. ] | |

O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* (Docket Entry No.2) from Larry McGuire. However, the remaining Plaintiff, Martinez Carter, has neither paid the fee required for the filing of the complaint ($350) nor submitted a properly completed application to proceed *in forma pauperis*.

Accordingly, Martinez Carter is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit an application to proceed *in forma pauperis* along with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). The Clerk will provide Martinez Carter with a blank application to proceed *in forma pauperis* along with a copy of Administrative Order

No. 93.

The plaintiff, Martinez Carter, is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess his share of the filing fee and order its collection from Plaintiff's inmate trust account, and dismiss his claims from the lawsuit for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so **ORDERED**.

**ENTERED** this the 5th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge